UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER RAIMO,<br>*individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON UNIVERSITY IN ST. LOUIS,<br><br>　　　　Defendant. | Case No. 4:20-cv-00634-SEP |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that the Amended Complaint is **DISMISSED with prejudice**.

Dated this 16th day of March, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE